```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 05 2100 SC |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| AUJLA TRUCKING INC, a California corporation | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case originally set for December 2, 2005 be continued to March 24, 2006 @ 10:00 A.M.

Dated:  11/30/05

Honorable Samuel Conti

IT IS SO ORDERED
Judge Samuel Conti

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                    1