```
 1   ERSKINE & TULLEY
     A PROFESSIONAL CORPORATION
 2   MICHAEL J. CARROLL (St. Bar #50246)
     220 Montgomery Street, Suite 303
 3   San Francisco, CA  94104
     Telephone: (415) 392-5431
 4
     Attorneys for Plaintiff
 5

 6                    UNITED STATES DISTRICT COURT

 7                   NORTHERN DISTRICT OF CALIFORNIA

 8

 9

10
     NORTHWEST ADMINISTRATORS, INC.,  )   NO. C 05 2100 SC
11                                    )
                         Plaintiff,   )
12                                    )
              vs.                     )   NOTICE OF
13                                    )   VOLUNTARY DISMISSAL
     AUJLA TRUCKING INC., a California)
14   corporation                      )
                                      )
15                       Defendant.   )
     _____)
16

17          Notice is hereby given that plaintiff dismisses the above

18   entitled action without prejudice pursuant to Federal Rule of Civil

19   Procedure 41, and all dates relating to this case should be taken

20   off the Court's calendar including the hearing on a Case Management

21   Conference set for March 31, 2006 at 10:00 a.m. in Courtroom No. 1,

22   17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

23   Dated:    March 13, 2006

24                                              ERSKINE & TULLEY
25
                                         By:/s/Michael J. Carroll
26                                              Michael J. Carroll
                                                Attorneys for Plaintiff
27

28
                        NOTICE OF VOLUNTARY DISMISSAL
```

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Samuel Conti]

<pre>
 1                     PROOF OF SERVICE BY MAIL

 2   I am a citizen of the United States and employed in the City and
 3   County of San Francisco, California.  I am over the age of eighteen
 4   years and not a party to the within above entitled action; my
 5   business address is 220 Montgomery Street, Suite 303, San
 6   Francisco, California 94104.  On March 13, 2006 I served the within
 7   NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by
 8   placing a true copy thereof enclosed in a sealed envelope with
 9   postage thereon fully prepaid, in the United States post office
10   mail box at San Francisco, California, addressed as follows:
11   **Aujla Trucking Inc.**
     **8350 Foynes Way**
12   **Sacramento, Ca 95828**
13   I, SHARON EASTMAN, certify (or declare), under penalty of perjury
14   that the foregoing is true and correct.
15   Executed on March 13, 2006 at San Francisco, California.
16
17                                     /s/Sharon Eastman
                                       Sharon Eastman
18
</pre>